**[J-72-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PAPER OF CAROLINE AVERY FOR REPRESENTATIVE IN CONGRESS FROM THE 1ST CONGRESSIONAL DISTRICT | : : : : : | No. 91 MAP 2022 |
| | | Appeal from the Order of the Commonwealth at No. 392 MD 2022, dated August 23, 2022 |
| OBJECTION OF: DAVID R. BREIDINGER, ELLEN COX, AND DIANE DOWLER | : : : | |
| APPEAL OF: CAROLINE AVERY | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  September 22, 2022**

**AND NOW**, this 22nd day of September, 2022, the Order of the Commonwealth

Court is **AFFIRMED**.  Opinion to follow.